**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

In re:

    KRISTEN EDWARD KRUPA,

           Debtor.

Case No. 10-63141

Chapter 13

**DEFAULT ORDER SUSTAINING DEBTOR'S
OBJECTION TO CLAIM NO. 8**

The matter before the Court is the Objection to Claim No. 8 (the "Objection"), filed by the debtor, by counsel.

The Court entered an order on April 21, 2011 (the "Order"), providing that the claimant shall have thirty (30) days from the date of service of the Order to file with the Court and serve on the debtor and Trustee a written response to the Objection and that, absent such a timely response, the claimant shall be in default. Based on a review of the record of this case and the Court's notice of facts contained therein, the Court finds that (a) debtor's counsel properly served the Objection, Order and Notice upon the claimant by postage-paid U.S. Mail on April 22, 2011; (b) the period for the claimant to respond to the Objection, including the additional time prescribed by Federal Rule of Bankruptcy Procedure 9006(f), ended on May 25, 2011; (c) no written response to the Objection has been filed with the Court; and (d) the claimant is in default under the Order.

Upon these findings, it is hereby ADJUDGED, ORDERED and DECREED that:

1. The Objection is SUSTAINED.

2. Claim No. 8 in the amount of $862.85 is DISALLOWED in its entirety.

Entered: June 21, 2011

                                            U.S. Bankruptcy Judge

We ask for this

    /s/ C. Lamar Garren
C. Lamar Garren
        VSB # 38491
Scott Kroner, PLC
418 E. Water St.
Charlottesville, VA 22902
(434) 296-2161
Facsimile (434) 293-2073
        *Counsel for Debtor*

Seen, without objection
    /s/ Herbert Beskin
Herbert Beskin
Chapter 13 Trustee